BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com

HARWOOD FEFFER, LLP
Robert I. Harwood
James G. Flynn
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE IMMERSION CORPORATION DERIVATIVE LITIGATION | Lead Case No. 5-09-cv-04291-MMC |
|---|---|
| | (Derivative Action) |
| | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| This Document Relates To:<br><br>ALL ACTIONS. | |

ORIGINAL

| | |
|---|---|
| 1 | ROBERT I. HARWOOD, whose business address and telephone number is: HARWOOD |
| 2 | FEFFER, LLP, 488 Madison Avenue, 8th Floor, New York, NY 10022, Telephone: (212) 935- |
| 3 | 7400), and who is an active member in good standing of the bars of the States of New York and |
| 4 | Virginia, having applied in the above-entitled action for admission to practice in the Northern |
| 5 | District of California on a *pro hac vice* basis, representing Plaintiff Nancy Mello: |
| 6 | IT IS HREBY ORDERED THAT the application is granted, subject to the terms and |
| 7 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac* |
| 8 | *vice*. Service of papers upon and communication with co-counsel designated in the application will |
| 9 | constitute notice to the party. All future filings in this action are subject to the requirements |
| 10 | contained in General Order No. 45, *Electronic Case Filing*. |

DATED: December 8, 2009

_____
United States District Judge