1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (Bar No. 077785)
2  2125 Oak Grove Road, Suite 120
   Walnut Creek, California 94598
3  Telephone: (925) 945-0200
   Facsimile: (925) 945-8792
4  aplutzik@bramsonplutzik.com

5  HARWOOD FEFFER, LLP
   Robert I. Harwood
6  James G. Flynn
   488 Madison Avenue, 8th Floor
7  New York, New York 10022
   Telephone: (212) 935-7400
8  Facsimile: (212) 753-3630

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

| IN RE IMMERSION CORPORATION DERIVATIVE LITIGATION | Lead Case No. 5-09-cv-04291-MMC |
|---|---|
| | (Derivative Action) |
| | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| This Document Relates To: ALL ACTIONS. | |

ORIGINAL

1  ROBERT I. HARWOOD, whose business address and telephone number is: HARWOOD
2  FEFFER, LLP, 488 Madison Avenue, 8th Floor, New York, NY 10022, Telephone: (212) 935-
3  7400), and who is an active member in good standing of the bars of the States of New York and
4  Virginia, having applied in the above-entitled action for admission to practice in the Northern
5  District of California on a *pro hac vice* basis, representing Plaintiff Nancy Mello:

6  IT IS HREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8  *vice*. Service of papers upon and communication with co-counsel designated in the application will
9  constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing.*

DATED: December 8, 2009

_____
United States District Judge

1