SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

JAY L. POMERANTZ (CSB NO. 209869)
jpomerantz@fenwick.com
FELIX S. LEE (CSB NO. 197084)
flee@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone:    (650) 988-8500
Facsimile:      (650) 938-5200

Attorneys for Defendants Victor Viegas, Clent
Richardson, Stephen Ambler, Anne DeGheest, John
Hodgman, Emily Liggett, Jack Saltich, Robert Van
Naarden and Immersion Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE IMMERSION CORPORATION DERIVATIVE LITIGATION | Lead Case No. 5:09-cv-04291-MMC |
| This Document Relates To: | (Derivative Action) |
| ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED DERIVATIVE COMPLAINT AND RESPONSES THERETO** |
| | (Civil L.R. 7-12) |
| | Judge: The Honorable Maxine M. Chesney |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    **WHEREAS**, on November 17, 2009, this Court issued an order consolidating several

2    related derivative complaints as *In re Immersion Corporation Derivative Litigation*, Lead Case

3    No. 9-cv-04291-MMC, approving plaintiffs' selection of Johnson Bottini, LLP and Harwood

4    Feffer LLP as Co-Lead Counsel and Bramson, Plutzik, Mahler & Birkhaeuser as Liaison

5    Counsel, and directing plaintiffs and defendants Victor Viegas, Clent Richardson, Stephen

6    Ambler, Anne DeGheest, John Hodgman, Emily Liggett, Jack Saltich, Robert Van Naarden and

7    nominal defendant Immersion Corporation ("Defendants") (collectively, the "Parties") to meet

8    and confer following the appointment of a Lead Plaintiff and Lead Plaintiff's Counsel in the

9    related *In re Immersion Corporation Securities Litigation*, Case No. 09-cv-04073-MMC (the

10   "Related Securities Litigation") and submit a mutually agreeable schedule for the filing of a

11   consolidated derivative complaint (the "Consolidated Derivative Complaint") and for the briefing

12   of responses thereto;

13       **WHEREAS**, on December 21, 2009, this Court issued an order appointing Lead Plaintiff

14   and Lead Plaintiff's Counsel in the Related Securities Litigation and, pursuant to such order, on

15   January 8, 2010, the parties in the Related Securities Litigation filed with the Court a stipulation

16   and proposed order setting the schedule for the filing of a consolidated complaint and responses

17   thereto, which stated that Lead Plaintiff shall file a consolidated complaint no later than 60 days

18   after Immersion's anticipated restatement is filed with the Securities and Exchange Commission

19   ("SEC"), but, absent further Order by the Court, in no event later than June 30, 2010;

20       **WHEREAS**, on July 1, 2009, Immersion Corporation ("Immersion" or the "Company")

21   announced that the Audit Committee of its Board of Directors was conducting an investigation

22   into certain previous revenue transactions in Immersion's Medical line of business;

23       **WHEREAS**, on August 10, 2009, Immersion (1) announced that its Audit Committee

24   concluded that a restatement of the Company's previously issued consolidated financial

25   statements as of and for the year ended December 31, 2008 and auditor's report thereon, and

26   previously issued unaudited financial statements as of and for the periods ended March 31, 2009,

27   December 31, 2008, September 30, 2008, June 30, 2008 and March 31, 2008, would be required

28   ("Anticipated Restatement"); and (2) stated that it was diligently pursuing these matters and

STIPULATION AND PROP. ORDER SETTING
SCHEDULE FOR CONSOLIDATED DERIV.                1                LEAD CASE NO. 5:09-cv-04291-MMC
COMPLAINT AND RESPONSES THERETO

1 intended to file its restatement as soon as reasonably practicable after the conclusion of the Audit

2 Committee's investigation and analysis;

3     **WHEREAS**, on December 1, 2009, Immersion announced that it was working diligently

4 towards filing its restatement with the SEC as soon as practicable; and

5     **WHEREAS**, because the Parties anticipate that Immersion's Anticipated Restatement

6 may relate to matters underlying and/or relevant to the allegations in this action, the Parties

7 respectfully submit that judicial resources and those of the Parties may be conserved and that

8 judicial efficiency may be achieved if the Consolidated Derivative Complaint were permitted to

9 be filed after the Anticipated Restatement.

10     **IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between

11 undersigned counsel for the Parties that:

12     (i)    Plaintiffs, through plaintiffs' Co-Lead Counsel, shall file a Consolidated

13     Derivative Complaint no later than 90 days after the Anticipated Restatement is

14     filed with the SEC, but, absent further Order by the Court, in no event later than

15     July 30, 2010. The Consolidated Derivative Complaint will supersede all

16     existing complaints filed in this action, and Defendants are not required to

17     respond to any of the complaints filed in this action prior to the Consolidated

18     Derivative Complaint;

19     (ii)    The deadline for Defendants to move, answer or otherwise respond to the

20     Derivative Consolidated Complaint shall be 60 days after the Consolidated

21     Derivative Complaint is filed;

22     (iii)    In the event Defendants move to dismiss the Consolidated Derivative

23     Complaint, plaintiffs, through plaintiffs' Co-Lead Counsel, shall file their

24     opposition(s) to Defendants' motion(s) no later than 60 days after such

25     motion(s) are filed; and

26     (iv)    In the event Defendants move to dismiss the Consolidated Derivative

27     Complaint, Defendants shall file any replies to plaintiffs' opposition(s) to the

28     motion(s) to dismiss no later than 40 days after such opposition(s) are filed.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Dated: January 20, 2010

FENWICK & WEST LLP

By: _____
Jay L. Pomerantz
Silicon Valley Center
801 California Street
Mountain View, CA 940401
Tel: (650) 988-8500
Fax: (650) 938-5200

Attorneys for Defendants Victor Viegas, Clent
Richardson, Stephen Ambler, Anne DeGheest,
John Hodgman, Emily Liggett, Jack Saltich,
Robert Van Naarden and nominal defendant
Immersion Corporation

Dated: January 14, 2010

JOHNSON BOTTINI, LLP

By: _____
Frank J. Johnson
501 W. Broadway, Suite 1720
San Diego, California 92101
Tel: (619) 230-0063
Fax: (619) 238-0622

Plaintiffs' Co-Lead Counsel

Dated: January 19, 2010

HARWOOD FEFFER LLP

By: _____
Robert I. Harwood
488 Madison Avenue, 8th Floor
New York, NY 10022
Tel: (212) 935-7400
Fax: (212) 753-3630

Plaintiffs' Co-Lead Counsel

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _January 21, 2010_

_____
Hon. Maxine M. Chesney
United States District Court Judge

25311/00403/DOCS/2180688.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO