1  SUSAN S. MUCK (CSB NO. 126930)
   smuck@fenwick.com
2  JENNIFER BRETAN (CSB NO. 233475)
   jbretan@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, California 94104
   Telephone:   (415) 875-2300
5  Facsimile:   (415) 281-1350

6  JAY L. POMERANTZ (CSB NO. 209869)
   jpomerantz@fenwick.com
7  FELIX S. LEE (CSB NO. 197084)
   flee@fenwick.com
8  FENWICK & WEST LLP
   Silicon Valley Center
9  801 California Street
   Mountain View, California 94041
10 Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
11

12 Attorneys for Defendants Victor Viegas, Clent
   Richardson, Stephen Ambler, Anne DeGheest, John
13 Hodgman, Emily Liggett, Jack Saltich, Robert Van
   Naarden and Immersion Corporation
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE IMMERSION CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 5:09-cv-04291-MMC<br><br>(Derivative Action)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED DERIVATIVE COMPLAINT AND RESPONSES THERETO**<br><br>(Civil L.R. 7-12)<br><br>Judge: The Honorable Maxine M. Chesney |
|---|---|

**WHEREAS**, on November 17, 2009, this Court issued an order consolidating several related derivative complaints as *In re Immersion Corporation Derivative Litigation*, Lead Case No. 9-cv-04291-MMC, approving plaintiffs' selection of Johnson Bottini, LLP and Harwood Feffer LLP as Co-Lead Counsel and Bramson, Plutzik, Mahler & Birkhaeuser as Liaison Counsel, and directing plaintiffs and defendants Victor Viegas, Clent Richardson, Stephen Ambler, Anne DeGheest, John Hodgman, Emily Liggett, Jack Saltich, Robert Van Naarden and nominal defendant Immersion Corporation ("Defendants") (collectively, the "Parties") to meet and confer following the appointment of a Lead Plaintiff and Lead Plaintiff's Counsel in the related *In re Immersion Corporation Securities Litigation*, Case No. 09-cv-04073-MMC (the "Related Securities Litigation") and submit a mutually agreeable schedule for the filing of a consolidated derivative complaint (the "Consolidated Derivative Complaint") and for the briefing of responses thereto;

**WHEREAS**, on December 21, 2009, this Court issued an order appointing Lead Plaintiff and Lead Plaintiff's Counsel in the Related Securities Litigation and, pursuant to such order, on January 8, 2010, the parties in the Related Securities Litigation filed with the Court a stipulation and proposed order setting the schedule for the filing of a consolidated complaint and responses thereto, which stated that Lead Plaintiff shall file a consolidated complaint no later than 60 days after Immersion's anticipated restatement is filed with the Securities and Exchange Commission ("SEC"), but, absent further Order by the Court, in no event later than June 30, 2010;

**WHEREAS**, on July 1, 2009, Immersion Corporation ("Immersion" or the "Company") announced that the Audit Committee of its Board of Directors was conducting an investigation into certain previous revenue transactions in Immersion's Medical line of business;

**WHEREAS**, on August 10, 2009, Immersion (1) announced that its Audit Committee concluded that a restatement of the Company's previously issued consolidated financial statements as of and for the year ended December 31, 2008 and auditor's report thereon, and previously issued unaudited financial statements as of and for the periods ended March 31, 2009, December 31, 2008, September 30, 2008, June 30, 2008 and March 31, 2008, would be required ("Anticipated Restatement"); and (2) stated that it was diligently pursuing these matters and

1  intended to file its restatement as soon as reasonably practicable after the conclusion of the Audit

2  Committee's investigation and analysis;

3  **WHEREAS**, on December 1, 2009, Immersion announced that it was working diligently

4  towards filing its restatement with the SEC as soon as practicable; and

5  **WHEREAS**, because the Parties anticipate that Immersion's Anticipated Restatement

6  may relate to matters underlying and/or relevant to the allegations in this action, the Parties

7  respectfully submit that judicial resources and those of the Parties may be conserved and that

8  judicial efficiency may be achieved if the Consolidated Derivative Complaint were permitted to

9  be filed after the Anticipated Restatement.

10  **IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between

11  undersigned counsel for the Parties that:

12  (i)  Plaintiffs, through plaintiffs' Co-Lead Counsel, shall file a Consolidated

13      Derivative Complaint no later than 90 days after the Anticipated Restatement is

14      filed with the SEC, but, absent further Order by the Court, in no event later than

15      July 30, 2010.  The Consolidated Derivative Complaint will supersede all

16      existing complaints filed in this action, and Defendants are not required to

17      respond to any of the complaints filed in this action prior to the Consolidated

18      Derivative Complaint;

19  (ii)  The deadline for Defendants to move, answer or otherwise respond to the

20      Derivative Consolidated Complaint shall be 60 days after the Consolidated

21      Derivative Complaint is filed;

22  (iii)  In the event Defendants move to dismiss the Consolidated Derivative

23      Complaint, plaintiffs, through plaintiffs' Co-Lead Counsel, shall file their

24      opposition(s) to Defendants' motion(s) no later than 60 days after such

25      motion(s) are filed; and

26  (iv)  In the event Defendants move to dismiss the Consolidated Derivative

27      Complaint, Defendants shall file any replies to plaintiffs' opposition(s) to the

28      motion(s) to dismiss no later than 40 days after such opposition(s) are filed.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| 1 | Dated: January 20, 2010 | FENWICK & WEST LLP |
| 2 | | By: _____ |
| 3 | | Jay L. Pomerantz |
| | | Silicon Valley Center |
| 4 | | 801 California Street |
| | | Mountain View, CA 940401 |
| 5 | | Tel: (650) 988-8500 |
| | | Fax: (650) 938-5200 |
| 6 | | |
| | | Attorneys for Defendants Victor Viegas, Clent |
| 7 | | Richardson, Stephen Ambler, Anne DeGheest, |
| | | John Hodgman, Emily Liggett, Jack Saltich, |
| 8 | | Robert Van Naarden and nominal defendant |
| | | Immersion Corporation |
| 9 | Dated: January 14, 2010 | JOHNSON BOTTINI, LLP |
| 10 | | By: _____ |
| | | Frank J. Johnson |
| 11 | | 501 W. Broadway, Suite 1720 |
| | | San Diego, California 92101 |
| 12 | | Tel: (619) 230-0063 |
| | | Fax: (619) 238-0622 |
| 13 | | |
| | | Plaintiffs' Co-Lead Counsel |
| 14 | Dated: January 19, 2010 | HARWOOD FEFFER LLP |
| 15 | | By: _____ |
| 16 | | Robert I. Harwood |
| | | 488 Madison Avenue, 8th Floor |
| 17 | | New York, NY 10022 |
| | | Tel: (212) 935-7400 |
| 18 | | Fax: (212) 753-3630 |
| 19 | | Plaintiffs' Co-Lead Counsel |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 21, 2010

_____
Hon. Maxine M. Chesney
United States District Court Judge

25311/00403/DOCS/2180688.1

STIPULATION AND PROP. ORDER SETTING
SCHEDULE FOR CONSOLIDATED DERIV.          3          LEAD CASE NO. 5:09-cv-04291-MMC
COMPLAINT AND RESPONSES THERETO