SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

JAY L. POMERANTZ (CSB NO. 209869)
jpomerantz@fenwick.com
FELIX S. LEE (CSB NO. 197084)
flee@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Defendants Victor Viegas, Clent Richardson, Stephen Ambler, Anne DeGheest, John Hodgman, Emily Liggett, Jack Saltich, Robert Van Naarden and Immersion Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE IMMERSION CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 5:09-cv-04291-MMC<br><br>(Derivative Action)<br><br>**STIPULATION AND [PROPOSED] ORDER TEMPORARILY STAYING ACTION**; DIRECTING PARTIES TO FILE JOINT STATUS REPORT<br>(Civil L.R. 7-12)<br><br>Judge: The Honorable Maxine M. Chesney |

1    **WHEREAS**, this action is a consolidated shareholder derivative action seeking to assert

2    claims on behalf of Immersion Corporation ("Immersion") against certain of Immersion's current

3    and former officers and directors (the "Federal Derivative Action");

4    **WHEREAS**, there is currently a related consolidated securities class action pending in the

5    United States District Court, Northern District of California (the "Securities Action") as well as a

6    shareholder derivative action pending in the Superior Court of California, County of Santa Clara

7    (the "State Derivative Action");

8    **WHEREAS**, Defendants anticipate that one or more motions to dismiss the consolidated

9    complaint in the Securities Action will be filed on or about June 8, 2010;

10   **WHEREAS**, the parties to the above-captioned action believe that a resolution of such

11   motions to dismiss in the Securities Action may affect this action;

12   **WHEREAS**, pursuant to a March 10, 2010 Order Temporarily Staying Action, the State

13   Derivative Action was stayed until discovery commences in the Securities Action, the Federal

14   Derivative Action, or until the Securities Action is dismissed with prejudice pursuant to Federal

15   Rules of Civil Procedure, Rule 12(b)(6), whichever occurs first; and

16   **WHEREAS**, pursuant to the Court's January 21, 2010 Order Setting Schedule for Filing

17   of Consolidated Derivative Complaint and Responses Thereto ("Scheduling Order"), Plaintiffs'

18   Consolidated Derivative Complaint is currently due on May 10, 2010;

19   **IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between

20   undersigned counsel for the Parties that:

21   (i)    In light of the unique circumstances of this case, the parties believe that it is in the

22          interest of judicial economy and efficiency to conserve and coordinate their

23          resources at this time by agreeing to temporarily stay this action until discovery

24          commences in the Securities Action or until the Securities Action is dismissed

25          with prejudice pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6),

26          whichever occurs first;

27   (ii)   When the temporary stay is lifted, the parties will meet and confer and notify the

28          Court of a proposed filing and briefing schedule with regard to Plaintiffs' filing of

1     the Consolidated Derivative Complaint and Defendants' responses thereto that is consistent with the previously entered Scheduling Order; and

(iii) In order to preserve the rights of the parties, the parties agree that the fact that the parties have entered into this temporary stay will not be used in any way to prejudice any of the parties in this action.

Dated: April 21, 2010

FENWICK & WEST LLP

By: _____
Jay L. Pomerantz
Silicon Valley Center
801 California Street
Mountain View, CA 940401
Tel: (650) 988-8500
Fax: (650) 938-5200

Attorneys for Defendants Victor Viegas, Clent Richardson, Stephen Ambler, Anne DeGheest, John Hodgman, Emily Liggett, Jack Saltich, Robert Van Naarden and nominal defendant Immersion Corporation

Dated: April 20, 2010

JOHNSON BOTTINI, LLP

By: _____
Frank J. Johnson
501 W. Broadway, Suite 1720
San Diego, California 92101
Tel: (619) 230-0063
Fax: (619) 238-0622

Plaintiffs' Co-Lead Counsel

Dated: April 21, 2010

HARWOOD FEFFER LLP

By: _____
Robert I. Harwood
488 Madison Avenue, 8th Floor
New York, NY 10022
Tel: (212) 935-7400
Fax: (212) 753-3630

Plaintiffs' Co-Lead Counsel

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Further, the parties are DIRECTED to file a joint status report no later than December 3, 2010.

Dated: May 3, 2010

_____
Hon. Maxine M. Chesney
United States District Court Judge

25311/00403/LIT/1320552.2

STIPULATION AND [PROPOSED] ORDER TEMPORARILY STAYING ACTION    2    LEAD CASE NO. 5:09-cv-04291-MMC