IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re IMMERSION CORPORATION SECURITIES LITIGATION<br>_____<br><br>This Document Relates To: Case Nos.<br>C-09-4599 (Semelis) and C-09-5137 (Mello)<br><br>_____/ | Master File No. C-09-4291 MMC<br><br>**ORDER CLOSING CONSOLIDATED CASES FOR STATISTICAL PURPOSES ONLY** |

By order filed November 17, 2009, the following three cases were consolidated for all purposes, with the consolidated action being titled In re Immersion Corporation Derivative Litigation, C-09-4291 MMC:

Bilodeau v. Viegas, Case No. 09-4291 MMC
Semelis v. Richardson, Case No. 09-4599 MMC
Mello v Richardson, Case No. 09-5137 MMC

In light of the consolidation, the parties have been directed, pursuant to the Court's order of November 17, 2009, to file all further filings in Case No. C-09-4291. Consequently, there appears to be no reason at this time to maintain the remainder of the cases as open files for statistical purposes. Accordingly, the above-referenced cases, with the exception of Case No. 09-4291 MMC, are hereby CLOSED for statistical purposes only.

//

Nothing contained in this order shall be considered a dismissal or disposition of any action, and, should further proceedings therein become necessary or desirable in either Case No. 09-4599 MMC or Case No. 09-5137 MMC, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated:  May 3, 2010

MAXINE M. CHESNEY
United States District Judge