1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re IMMERSION CORPORATION | Lead Case No. C 09-4291 MMC |
| SECURITIES LITIGATION | (Derivative Action) |

This Document Relates To:

    ALL ACTIONS.

_____/

**ORDER DIRECTING PLAINTIFFS TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On April 21, 2012, the parties in the above-titled shareholder derivative action filed a stipulation and proposed order requesting a temporary stay of said action pending commencement of discovery in, or dismissal with prejudice of, a related consolidated securities class action, Hodges, et al., v. Immersion Corporation, et al., No. C 09-4073 MMC.  The stipulation and proposed order provided that upon the lifting of the stay, the parties would meet and confer and notify the Court of a proposed filing and briefing schedule for the Consolidated Derivative Complaint and response thereto.  On May 3, 2012, the Court entered its order approving the parties' stipulation.

On December 16, 2011, in Case No. C 09-4073, the Court issued an order granting defendants' motion to dismiss with prejudice plaintiff's Amended Consolidated Complaint; on December 19, 2011, the Clerk entered judgment in favor of defendants.  Pursuant to the above-referenced stipulation, the stay in the instant action was lifted as of the filing of said

order of dismissal.  Since that time, ten months have passed and plaintiffs have not filed in the above-titled action a Consolidated Derivative Complaint or notified the Court of a proposed filing and briefing schedule, nor has any other document been filed therein.

Accordingly plaintiffs are hereby ORDERED TO SHOW CAUSE, in writing and no later than October 31, 2012, why the instant action should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 16, 2012

_____
MAXINE M. CHESNEY
United States District Judge

2