IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re IMMERSION CORPORATION<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS.<br>_____ / | Lead Case No. C 09-4291 MMC<br><br>(Derivative Action)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; DIRECTING PLAINTIFFS TO FILE STATUS REPORT** |

By order filed October 16, 2012, the Court ordered plaintiffs to show cause why the above-titled shareholders derivative action should not be dismissed for failure to prosecute. On October 31, 2012, plaintiffs filed their response, in which plaintiffs state that they have refrained from filing further pleadings in the instant action pending settlement of a related shareholder derivative action filed in state court, that a settlement in the state derivative action was reached and has received final approval by the state court, and that plaintiffs intend to seek permission to voluntarily dismiss with prejudice the above-titled action after expiration of the time to appeal approval of the settlement in the related action, or, if an appeal is filed, will notify this Court as to how they otherwise intend to proceed with respect to further prosecution of the instant action.

Good cause appearing, the Order to Show Cause is hereby DISCHARGED and plaintiffs are hereby DIRECTED to file with this Court, no later than January 18, 2012, a

Status Report apprising the Court with respect to how they intend to proceed in the instant action.

**IT IS SO ORDERED.**

Dated:  November 1, 2012

_____
MAXINE M. CHESNEY
United States District Judge