1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| IN RE IMMERSION CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 5:09-cv-04291-MMC<br><br>(Derivative Action)<br><br>~~[PROPOSED]~~ ORDER DISMISSING CASE WITH PREJUDICE<br><br>Judge: The Honorable Maxine M. Chesney |
|---|---|

## ORDER DISMISSING CASE WITH PREJUDICE

The parties having jointly stipulated and moved, by counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, to the dismissal with prejudice of all claims pending in this action against all defendants, and the Court having considered the Motion and being duly advised, the Court now finds the Motion should be granted.

IT IS THEREFORE ORDERED by this Court that all claims pending in this action against all defendants are hereby dismissed with prejudice, with all parties to bear their own costs.

**IT IS SO ORDERED**.

Dated: January __4__, 2013

_____
MAXINE M. CHESNEY
United States District Judge